# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN MARRERO, | CASE NO. 1:10-cv-509-LJO-MJS (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S REQUEST FOR COPIES |
| v. | (ECF No. 22) |
| J. ZARAGOSA, et al., | |
| Defendants. | |

Plaintiff Edwin Marrero ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388, 91 S.Ct. 1999 (1971). Before the Court is Plaintiff's "Motion for Leave Requesting Permission to File a Rule 15(c) Motion to Clarify the Aforementioned Civil Case Number Arguments." (ECF No. 22.) Plaintiff claims that he has not heard anything on his Complaint and asks the Court to give him copies of the docket sheet and any papers filed by other parties in this case "in order to effectively file a Rule 15(c) motion."

With respect to his request for copies, Plaintiff was previously informed in the Court's March 24, 2010 First Informational Order that "[c]opies of documents may be

obtained from the court file by contacting Attorney's Diversified Services at 741 N. Fulton Street, Fresno, California 93720, 800-842-2695." (ECF No. 4 at 3.) Accordingly, Plaintiff's request for copies is DENIED.

The Court has severed Plaintiff Marrero's claims from those of his co-plaintiffs (see ECF No. 13) and Marrero is the sole remaining plaintiff in this action. It appears that Plaintiff Marrero may wish to file an amended complaint as he seeks copies of the docket for the purpose of filing a Rule 15(c) motion. (ECF No. 22.) If Plaintiff wants to amend his complaint, he may do so without permission of the Court. See Fed. R. Civ. P. 15(a) (plaintiff may amend once without permission of the court). If not, Plaintiff's complaint is in line for screening by the Court, and the Court will screen such complaint in due course.

IT IS SO ORDERED.

Dated:    March 8, 2011            /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE