# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN MARRERO, | 1:10-cv-00509-LJO-GSA-PC |
| Plaintiff, | ORDER DENYING MOTION AS MOOT (Doc. 47.) |
| v. | |
| VAN A. ROSE, et al., | |
| Defendants. | |

Edwin Marrero ("Plaintiff"), a federal prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to Bivens v. Six Unknown Agents, 42 U.S. 388 (1971) on March 22, 2010. (Doc. 1.)

On January 7, 2013, Plaintiff filed a motion for leave to amend his objections to the Court's findings and recommendations issued on October 25, 2010. (Doc. 47.) Plaintiff's motion is moot, because the findings and recommendations were vacated on November 30, 2012, and therefore no further objections to the findings and recommendations shall be considered.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for leave to amend his objections, filed on January 7, 2013, is DENIED as moot.

IT IS SO ORDERED.

Dated: **January 9, 2013**        **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE